# INDEX OF EXHIBITS

*Yao v Oakland University*
**Case No. 2:21-cv-10523**

| Exhibit | Description |
|---------|-------------|
| A | Collected emails showing attempts to obtain concurrence |
| B | Collected emails showing the plaintiff's direct communications with Defendant's officers and employees |