# Exhibit 1



Office of the Board of Trustees

October 22, 2015

Lan Yao, Assistant Professor
School of Nursing
Oakland University
Rochester, MI 48309

Dear Professor Yao:

On behalf of Oakland University, we are pleased to inform you that the Board of Trustees approved your appointment as an Assistant Professor of Nursing, effective August 15, 2015.

We look forward to working with you in the months and years ahead as we strive to accomplish our individual and shared goals and mission.

Sincerely,

Mark E. Schlussel
Chair, Board of Trustees

George W. Hynd
President

James P. Lentini, D.M.A.
Senior Vice President for
Academic Affairs and
Provost

c:  Gary Moore, Interim Dean
    School of Nursing



**Office of the Board of Trustees**

August 7, 2017

Lan Yao, Assistant Professor
School of Nursing
Oakland University
Rochester, MI 48309

Dear Professor Yao:

On behalf of Oakland University, we are pleased to inform you that the Board of Trustees approved the recommendation for your reemployment to a final, two-year probationary term as Assistant Professor. Your next contract will extend your current employment for two additional years, commencing August 15, 2018 through August 14, 2020.

Congratulations on your achievements leading to this reappointment. Your dedication to the students and to the academic mission of Oakland University is greatly appreciated.

Sincerely,

Richard L. DeVore
Chair, Board of Trustees

Ora Hirsch Pescovitz, M.D.
President

James P. Lentini, D.M.A.
Senior Vice President for
Academic Affairs and
Provost

c:   Judy A. Didion, Dean, School of Nursing
     Academic Human Resources
     Scott Barns, Executive Director, Oakland University AAUP



Office of the Senior Vice President for Academic Affairs and Provost

August 12, 2019

Lan Yao, Assistant Professor
School of Nursing
Oakland University
Rochester, MI 48309

Dear Professor Yao:

It is my duty to inform you that the Oakland University Board of Trustees at its August 12, 2019 meeting determined not to reemploy you. Therefore, your faculty employment at Oakland University will terminate at the end of your current employment contract on August 14, 2020.

I regret the disappointment this decision must cause you and wish you well in your future endeavors.

Sincerely,

James P. Lentini, D.M.A.
Senior Vice President for Academic Affairs and Provost

c:   Judy Didion, Dean, School of Nursing
     Academic Human Resources
     Scott Barns, Executive Director, Oakland University AAUP



**Academic Human Resources**

August 16, 2019

**VIA EMAIL ONLY**

Lan Yao
School of Nursing
2003 Human Health Building
Oakland University
Rochester, MI 48309-4401

RE: Request for Information

Dear Lan:

Pursuant to your request under the Michigan Bullard-Plawecki Employees Right-to-Know Act ("Act"), enclosed please find a copy of the "Review Summary".

Please note that pursuant to the Act, a personnel record shall not include records kept by an executive, administrative or professional employee that are kept in the sole possession of the maker of the record, and are not accessible or shared with other persons. In addition, a record concerning an occurrence or fact about an employee so kept may be entered into a personnel record if entered not more than 6 months after the date of the occurrence or the date the fact becomes known[1].

Sincerely,

Joi M. Cunningham
Assistant Vice President, Academic Human Resources

Enclosures

c: Lan Yao Personnel Record

---

[1] MCLA 423.501(2) (c) (viii)

Wilson Hall, Room 420 | 371 Wilson Boulevard, Rochester, Michigan 48309-4496
(248) 370-2922 | Fax: (248) 370-4210

OAKLAND 000095

PhD Nursing UofM 2004. Post Doc at the John A. Hartford Foundation. Clinical expertise in Gerontology. Was faculty at Peking University before coming to MI for PhD, served as an Assistant Research Scientist at U of M, was Assistant Professor at MSU 2010-2015 and hired at OU in 2015 as Assistant Professor.

States her primary research interests are on on the connectiosn between coping, stress, cognition, emotion and health outcomes in adult populations. Deans letter following C2 noted the Blue Cross grant and stated that she demonstrate continued effort to receive research funding and have several additional publications in peer reviewed journals published while at OU. RECORD 1 article in the Open Journal of Nursing (Peer reviewed) related to her current research and since arriving at OU. Prior to OU 20 publiscations 8 as first author. 1 published abstract at OU many previous to OU. Several book chapters prior to OU. Has presented at 1 international and one national conference since arriving at OU. Invited research presentations ahve been local since arriving at OU. Has a current grant through BCBS. She is a collaborator on a grant with a faculty member in engineering that is under review at NSF (WHAT IS HER ROLE - SEE BACKUP FILE). Had one funded NIH grant prior to OU and other smaller grants from foundations. Her research grant activity as represented on her CV is lower than prior to her arrival at OU. Her back up file shows (REVIEW BACK UP FILE DOCUMENTS ONCE DELIVERED). No articles in pipeline. No discussion of future research other than the information related to the pending grant. EXTERNAL REVIEWS Positive. NCAP decision was DOES NOT MEET, YAO APPEAL Denied by NCAP; FRPC negative.

Teaches at both the undergraduate and graduate level. Was asked to teach different courses at C2 and did. Completed Quality Online Teachers Certification through eLIS. Mentors students. Has several small internal grants for teaching. One example is a study abroad grant to develop a study abroad opportunity in China. Has made improvements to her courses directly responding to course issues identified at C2. TEACHING EVALUATIONS Good, COMMENTS ON EVALS mostly good. Some negative comments on wanting more clarity, communication issues, purpose of course and modality. Many of these comments are addressed in candidate's personal statement. VIEW OF COURSE MATERIALS Good. TEACHING OBSERVATION Good. NCAP Meets, FRPC Meets

School, University, and Professional Service. Received award for Outstanding Contribution in Reviewing in 2017. Serves on the editorial board of a journal, reviews for journals. Serves on the Senate Teaching and Learning Committee. Is currently on NCAP. She is currently serving on a national level committee and states she is chair elect. NCAP DOES NOT MEET; YAO APPEAL RESPONSE BY NCAP Negative; FRPC MEETS.

Judy has concerns. Has been working with Lan.

Focus on appeal to NCAP and NCAPs response. Also look at Dean's letter from C2. Need to decide prospect for future research/maturity as a scholar and the balance between the OU record and her previous work and her designation as a Fellow.

OAKLAND 000096

August 20, 2019

**CONFIDENTIAL – Faculty Salary Report**

Lan Yao,|
G00360567

Please be advised, pursuant to paragraph 83 of the Faculty Agreement, of the following information:

(1) 2018-19 Base Salary: $78,496.00

(2) Breakdown of Salary Increase:

ATB Increase: $0.00

Merit Award: $2,158.64

(3) 2019-2020 Base Salary (rounded to nearest $): **$80,655.00**

(4) Performance Score: 4

(5) Percentage increase for performance scores in the merit pay group:

|  | Nursing |
|---|---|
| Score 0 | 0.00% |
| Score 1 | .0000% |
| Score 2 | .0000% |
| Score 3 | 2.5000% |
| Score 4 | 2.7500%    <-- Your Merit Percent |
| Score 5 | 3.0000% |

OAKLAND  000097



**School of Nursing**

August 29, 2019

Lan Yao, PhD, RN
4216 Sedgemoor Lane
Bloomfield Hills, MI 48302

Dear Lan,

Thank you for meeting with us to discuss your tenure review. I wanted to provide per your request a written statement of the reasons upon which the decision was based not to recommend your re-appointment and promotion to Associate Professor pursuant to Paragraph 41a.(5) of the *2015-2020 Agreement* between Oakland University and the Oakland University Chapter of the American Association of University Professors. Please accept this letter as Oakland's written statement.

As discussed in our meeting on August 22, 2019, Oakland carefully assessed your dossier and determined that your record does not warrant re-appointment and promotion to Associate Professor. Specifically, in the area of scholarship the number and quality of your peer-reviewed publications since working at Oakland University is insufficient. Although you had numerous publications prior to arriving, your publication rate diminished significantly during the years as an Oakland University faculty member. In addition, your service record falls short; service requires consistent contributions, including chairing committees. Your record does not reflect this. This determination is consistent with the Nursing Committee on Appointment and Promotion (NCAP) and the Faculty Re-appointment and Promotion Committee (FRPC), which also did not recommend your promotion and tenure to Associate Professor.

I hope this is helpful to you in comprehending the outcome. I wish you all the best moving forward.

Regards,

*Judy Didion*

Judy Didion, PhD, RN
Dean and Professor, School of Nursing

Cc: Academic Human Resources

## OAKLAND UNIVERSITY CHAPTER, AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS

**MEMORANDUM**

> RECEIVED
>
> SEP 2 6 2019
>
> Office of Provost and Senior Vice President for Academic Affairs

September 26, 2019

To:   Joi Cunningham
      Assistant Vice President of Academic Human Resources

From: Kevin J. Murphy
      Grievance Officer, AAUP

Re:   Re-Review of Professor Lan Yao

Assistant Professor Lan Yao of the School of Nursing underwent review for promotion to Associate Professor with tenure during academic year 2018-19. On or about August 12, 2019, Oakland denied Professor Yao's promotion. Pursuant to Paragraph 41c.4(e) of Article VII in the *Faculty Agreement*, the Association has reviewed Professor Yao's case and finds that it is aggrieved by Oakland's decision to deny her promotion to Associate Professor with tenure. As is the Association's right, we hereby direct Oakland to conduct a re-review of Professor Yao's case for promotion with tenure subject to the terms stated in Paragraph 41c.4(e.2) of the *Agreement*.

c:   Lan Yao, Assistant Professor, School of Nursing
     Scott Barns, Executive Director, AAUP—Oakland Chapter