AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LAN YAO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-10523 |
| OAKLAND UNIVERSITY, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LAN YAO.

Date: 10/21/2022

/s/Brian J. Farrar
*Attorney's signature*

Brian J. Farrar (P79404)
*Printed name and bar number*

Sterling Attorneys at Law, PC
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
*Address*

bjfarrar@sterlingattorneys.com
*E-mail address*

(248) 644-1500
*Telephone number*

(248) 644-1509
*FAX number*