UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
DOCKET NUMBER 2:21-cv-10523

**Notice of Appeal to a Court of Appeals from an Appealable Order of a District Court**

| | |
|---|---|
| LAN YAO, Plaintiff<br><br>v.<br><br>OAKLAND UNIVERSITY, ET AL. | **Notice of Appeal** |

_____Lan Yao_____ appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting Motion for Summary Judgment [47] entered on August 29, 2022 and Order Denying Motion for Reconsideration [61] entered on September 26, 2022.

/s/Brian J. Farrar (P79404)
*Attorney for Plaintiff-Appellant*
*Address*:  33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500
bfarrar@sterlingattorneys.com

Dated: October 21, 2022