# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 12, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 22-1980, *Lan Yao v. Oakland University, et al*
Originating Case No. : 2:21-cv-10523

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mackenzie A. Collett
For Anthony Milton

cc: Mr. Daniel J. Bernard
Mr. Brian J. Farrar

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-1980

_____

Filed: February 12, 2024

LAN YAO

    Plaintiff - Appellant

v.

OAKLAND UNIVERSITY

    Defendant - Appellee

 and

JOI MONICA CUNNINGHAM; JUDY ANN DIDION; JAMES LENTINI

    Defendants

## MANDATE

   Pursuant to the court's disposition that was filed 01/19/2024 the mandate for this case hereby issues today.

 COSTS: None